

| | | | |
|---|---|---|---|
| State v. Scheckel | 15–1680 | 02/22/2017 | Affirmed |
| State v. Campbell | 15–1772 | 02/22/2017 | Convictions Vacated and Remanded |
| Burke v. City Council of City of Lansing | 15–1797 | 02/22/2017 | Reversed and Remanded |
| State v. Lee | 15–1806 | 02/22/2017 | Reversed in part, Affirmed in part and Remanded with directions |
| Robida, In re Marriage of | 15–1872 | 02/22/2017 | Affirmed |
| State v. Jones | 15–2039 | 02/22/2017 | Affirmed |
| Serrato v. State | 15–2118 | 02/22/2017 | Affirmed |
| State v. Dudley | 15–2180 | 02/22/2017 | Affirmed |
| T.A., In Interest of | 16–0023 | 02/22/2017 | Affirmed |
| Cedar Rapids v. Leaf | 16–0435 | 02/22/2017 | Affirmed |
| State v. Sweat | 16–0437 | 02/22/2017 | Affirmed |
| State v. Gantt | 16–0474 | 02/22/2017 | Affirmed |
| BlueScope Buildings North America, Inc. v. Cincinnati Insurance Company | 16–0503 | 02/22/2017 | Affirmed |
| State v. Shears | 16–0532 | 02/22/2017 | Affirmed |
| Merchant v. State | 16–0561 | 02/22/2017 | Affirmed |
| Enamorado v. State | 16–0616 | 02/22/2017 | Affirmed |
| Hampton v. State | 16–0648 | 02/22/2017 | Affirmed |
| S.B., In Interest of | 16–0659 | 02/22/2017 | Affirmed in part and Reversed in part |
| State v. Flores | 16–0663 | 02/22/2017 | Affirmed |
| Reed v. State | 16–0695 | 02/22/2017 | Affirmed |
| Berriault v. Alden | 16–0763 | 02/22/2017 | Affirmed |
| Allison v. State | 16–0764 | 02/22/2017 | Affirmed |
| State v. Meek | 16–0797 | 02/22/2017 | Affirmed |
| Nicholes v. State | 16–0860 | 02/22/2017 | Affirmed |
| Fisher v. Dolan | 16–0874 | 02/22/2017 | Reversed |
| State v. Daniel | 16–0891 | 02/22/2017 | Affirmed |
| Workman, Matter of Estate of | 16–0908 | 02/22/2017 | Affirmed |
| Doss v. Zoning Board of Adjustment for City of Ames | 16–0916 | 02/22/2017 | Affirmed |
| Sutton, In re Marriage of | 16–0933 | 02/22/2017 | Affirmed |
| State v. Svoboda | 16–1018 | 02/22/2017 | Affirmed |
| Behm v. City of Cedar Rapids | 16–1031 | 02/22/2017 | Affirmed |
| State v. Denton | 16–1070 | 02/22/2017 | Affirmed |
| State v. Hoxsey | 16–1082 | 02/22/2017 | Affirmed |
| State v. Robinson | 16–1151 | 02/22/2017 | Affirmed |
| State v. Jackman | 16–1182 | 02/22/2017 | Affirmed |
| K.J.S., In Interest of | 16–1246 | 02/22/2017 | Affirmed |
| C.D., In re | 16–1491 | 02/22/2017 | Affirmed |
| D.H., In Interest of | 16–1652 | 02/22/2017 | Affirmed |
| F.K., In Interest of | 16–1734 | 02/22/2017 | Affirmed |
| M.C., In Interest of | 16–1934 | 02/22/2017 | Affirmed |
| T.O., In Interest of | 16–1963 | 02/22/2017 | Affirmed |